PEOPLE v LANDIS

Docket No. 78-5258. Submitted June 13, 1979, at Lansing.—Decided
    July 11, 1979.

> Steven M. Landis was convicted, on his plea of guilty, of armed
> robbery, Hillsdale Circuit Court, Kenneth G. Prettie, J. The
> defendant appeals, claiming that the plea was not understand-
> ingly made. *Held:*
>
> > There is no mandatory minimum sentence for armed rob-
> > bery. The court at the plea proceeding did not need to advise
> > the defendant of a mandatory minimum sentence for armed
> > robbery.
> >
> > Affirmed.

ROBBERY — ARMED ROBBERY — PLEA OF GUILTY — MINIMUM SEN-
    TENCE — STATUTES.

> There is no mandatory minimum sentence for armed robbery;
> therefore, a court at a guilty plea proceeding need not advise a
> defendant of a mandatory minimum prison sentence for armed
> robbery (MCL 750.529; MSA 28.797).

*Frank J. Kelley,* Attorney General, *Robert A.
Derengoski,* Solicitor General, and *Ronald C. Zel-
lar,* Prosecuting Attorney (Prosecuting Attorneys
Appellate Service, *Leonard J. Malinowski,* of coun-
sel), for the people.

*Gail Rodwan,* Assistant State Appellate De-
fender, for defendant on appeal.

Before: ALLEN, P.J., and T. M. BURNS and D. E.
HOLBROOK, JJ.

PER CURIAM. Defendant was plea convicted of

REFERENCES FOR POINTS IN HEADNOTE
21 Am Jur 2d, Criminal Law §§ 495, 496.
67 Am Jur 2d, Robbery § 4.

the charged offense of armed robbery, contrary to MCL 750.529; MSA 28.797, and was sentenced to prison for a term of 7-1/2 to 20 years. He appeals of right and asserts he did not enter his guilty plea understandingly.

Defendant claims error in the trial judge's informing him as follows:

"The armed robbery charge can carry with it, upon conviction, a maximum of life. There is no minimum sentence required under that statute. It is one which does not permit probation as a sentence."

Defendant asserts that there is a mandatory minimum sentence—even though the Courts have not as yet determined what it is. The statute reads in pertinent part: "punishable by imprisonment for life or for any term of years".

We choose to follow the opinion in the case of *People v Freeman,* 73 Mich App 568; 252 NW2d 518 (1977), which ruled that there is no mandatory minimum sentence for armed robbery, therefore, a court at a guilty plea proceeding need not advise a defendant of a mandatory minimum prison sentence for armed robbery.

Affirmed.